UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VALERIE JEAN BURGESS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WESLEY FINANCIAL GROUP, LLC, CHUCK MCDOWELL, CHARLES W. MCDOWELL IV, and JON BROWNING,<br><br>    Defendants. | Civil No. 3:16-cv-1655<br>Judge Aleta A. Trauger |

## ORDER

For the reasons stated in the accompanying Memorandum, the Motion for Conditional Certification of a Collective Action filed by the plaintiff (Docket No. 16) is **GRANTED IN PART AND DENIED IN PART**. The court conditionally certifies this matter as a collective action consisting of all individuals who, at any time since July 1, 2013, were employed or hired as, or held the position of, Sales Representative (as that term is defined in the accompanying Memorandum) at Wesley Financial Group, LLC.

The court further **ORDERS** that the defendants shall provide the plaintiff with the names, last known mailing addresses, and email addresses of all putative class members within 20 days of the date of this Order.

The court hereby **APPROVES** the Proposed Notice and Consent Form (Docket No. 16-1) filed by the plaintiff and, after the plaintiff has inserted the necessary date(s) and corrected typographical errors contained therein, **ORDERS** that the Notice and Consent Form be issued to putative class members by regular mail, email, and – for current Sales Representatives – with their next paycheck.

1

It is so **ORDERED**.

Enter this 16th day of March 2017.

                                             _____
                                             ALETA A. TRAUGER
                                             United States District Judge