# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| VALERIE JEAN BURGESS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) vs. ) ) WESLEY FINANCIAL GROUP, LLC, ) CHUCK MCDOWELL, CHARLES W. ) MCDOWELL IV, and JON BROWNING, ) LABOR STANDARDS ACT ) ) Defendants. ) | CASE NO. 3:16-cv-01655 JUDGE TRAUGER COMPLAINT – CLASS ACTION AND COLLECTIVE ACTION UNDER THE FAIR JURY DEMAND |

**PLAINTIFF'S UNOPPOSED MOTION TO SEND A REVISED COURT-SUPERVISED NOTICE AND CONSENT FORM TO CERTAIN PUTATIVE OPT-IN PLAINTIFFS AND TO EXTEND THE DEADLINE FOR THEM TO FILE CONSENTS TO JOIN THE LAWSUIT**

Comes Plaintiff and files this unopposed Motion to Send a Revised Court-Supervised Notice and Consent Form to Certain Putative Opt-in Plaintiffs and to Extend the Deadline for Them to File Consents to Join the Lawsuit.

In support of Plaintiff's Motion, Plaintiff would show the following:

1. By Order entered March 16, 2017, the Court granted Plaintiff's Motion for Conditional Certification of a Collective Action. *Doc. 26, Order*. In conjunction with granting Plaintiff's Motion, the Court approved Plaintiff's Proposed Notice and Consent Form and ordered that, within 20 days, Defendants provide the names, last known mailing addresses *and e-mail addresses* of all putative class members. *Id., p. 1*.

2. On April 5, 2017, Defendants provided the names and last known mailing addresses of 280 putative class members, but represented that Defendants did not have the e-mail